Dwayne Twane Walker, pro se. Ray B. Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, VA, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Dwayne Twane Walker seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Walker*, Nos. CR–96–53; CA–99–719–7 (W.D.Va. July 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Aaron Cooper, pro se. Mary Kathleen Beatty Martin, Richmond, VA, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Aaron Cooper seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Cooper v. Warden, Buckingham Corr. Ctr.*, No. CA–99–1958–AM (E.D.Va. filed July 27, 2000; entered July 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Aaron COOPER, Petitioner–Appellant,

v.

WARDEN, BUCKINGHAM COR-RECTIONAL CENTER, Respondent–Appellee.

No. 00–7244.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.

Lorenzo BROADNAX, Petitioner–Appellant,

v.

Carolyn CROSS, Warden; Mark L. Early, Attorney General, Respondents–Appellees.

No. 00–7270.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.